ACCEPTED
15-24-00114-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
8/27/2025 4:03 PM
CHRISTOPHER A. PRINE
CLERK

# No. 15-24-00114-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
8/27/2025 4:03:28 PM
CHRISTOPHER A. PRINE
Clerk

IN THE FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS

Cecile E. Young, in her official capacity as Executive Commissioner of Texas Health & Human Services Commission, Molina Healthcare of Texas, Inc., and Aetna Better Health of Texas, Inc.

*Appellants,*

v.

Cook Children's Health Plan, Texas Children's Health Plan, Superior HealthPlan, Inc., and Wellpoint Insurance Company,

*Appellees.*

Appeal from 455th Judicial District Court, Travis County, Texas,
Trial Court Cause No. D-1-GN-24-003839,
Hon. Laurie Eiserloh, Presiding

## AETNA BETTER HEALTH OF TEXAS INC.'S
## RESPONSE TO APPELLEES' MOTIONS FOR TEMPORARY RELIEF

TAFT STETTINIUS & HOLLISTER LLP
Marc J. Kessler
Admitted Pro Hac Vice
41 South High Street, Suite 1800
Columbus, Ohio 43215-6106
(614) 220-0237

EWELL, BROWN, BLANKE & KNIGHT LLP
Joseph R. Knight
State Bar No. 11601275
111 Congress Ave., Suite 2800
Austin, Texas 78701
(512) 770-4010

*Attorneys for Aetna Better Health of Texas, Inc.*

Aetna Better Health of Texas, Inc. ("Aetna") adopts by reference the responses filed by the Executive Commissioner and Molina to each appellee's motion for temporary relief, which comprehensively demonstrate why the Court should deny the motions. Tex. R. Civ. P. 9.7.

**Prayer**

Aetna respectfully urges the Court to deny the appellees' motions for temporary relief.

Respectfully submitted,

TAFT STETTINIUS & HOLLISTER LLP
/s/ *Marc J. Kessler*
Marc J. Kessler
Ohio Bar No. 0059263
41 South High Street, Suite 1800
Columbus, Ohio 43215-6106
(614) 220-0237

EWELL, BROWN, BLANKE & KNIGHT LLP
/s/ *Joseph R. Knight*
Joseph R. Knight
State Bar No. 11601275
111 Congress Avenue, 28th Floor
Austin, Texas 78701
512.770.4010
877.851.6384 (fax)
jknight@ebbklaw.com

*Attorneys for Aetna Better Health of Texas, Inc.*

**Certificate of Service**

I certify that a true and correct copy of the foregoing document has been filed and served on all counsel of record on August 27, 2025, via the Court's electronic filing service.

/s/ *Joseph R. Knight*
Joseph R. Knight

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 104933735
Filing Code Description: Response
Filing Description: Aetna's Response to Appellees' Motions for Temporary Relief
Status as of 8/27/2025 4:18 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Michaelle Peters | | mpeters@scottdoug.com | 8/27/2025 4:03:28 PM | SENT |
| Julie Wright | | julie.wright@nortonrosefulbright.com | 8/27/2025 4:03:28 PM | SENT |
| Amanda DoddsPrice | | amanda.price@squirepb.com | 8/27/2025 4:03:28 PM | SENT |
| Karen Burgess | 796276 | kburgess@burgesslawpc.com | 8/27/2025 4:03:28 PM | SENT |
| Mark Emery | 24050564 | mark.emery@nortonrosefulbright.com | 8/27/2025 4:03:28 PM | SENT |
| Robert Johnson | 10786400 | rjohnson@foley.com | 8/27/2025 4:03:28 PM | SENT |
| Richard Phillips | 24032833 | Rich.Phillips@hklaw.com | 8/27/2025 4:03:28 PM | SENT |
| J McCaig | 24070083 | meghan.mccaig@outlook.com | 8/27/2025 4:03:28 PM | SENT |
| Michelle Ku | 24071452 | mku@foley.com | 8/27/2025 4:03:28 PM | SENT |
| Joseph Knight | 11601275 | jknight@ebbklaw.com | 8/27/2025 4:03:28 PM | SENT |
| Amy Warr | 795708 | awarr@adjtlaw.com | 8/27/2025 4:03:28 PM | SENT |
| Warren Huang | 796788 | warren.huang@nortonrosefulbright.com | 8/27/2025 4:03:28 PM | SENT |
| Paul Trahan | 24003075 | paul.trahan@nortonrosefulbright.com | 8/27/2025 4:03:28 PM | SENT |
| Susan Harris | 6876980 | susan.harris@nortonrosefulbright.com | 8/27/2025 4:03:28 PM | SENT |
| Anna Baker | 791362 | abaker@adjtlaw.com | 8/27/2025 4:03:28 PM | SENT |
| Maria Williamson | | maria.williamson@oag.texas.gov | 8/27/2025 4:03:28 PM | SENT |
| Cory Scanlon | 24104599 | cory.scanlon@oag.texas.gov | 8/27/2025 4:03:28 PM | SENT |
| Mandy Patterson | | mpatterson@adjtlaw.com | 8/27/2025 4:03:28 PM | SENT |
| Michelle Joyner | | mjoyner@scottdoug.com | 8/27/2025 4:03:28 PM | SENT |
| William FCole | | William.Cole@oag.texas.gov | 8/27/2025 4:03:28 PM | SENT |
| Abril Rivera | | arivera@scottdoug.com | 8/27/2025 4:03:28 PM | SENT |
| Nancy Villarreal | | nancy.villarreal@oag.texas.gov | 8/27/2025 4:03:28 PM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 104933735
Filing Code Description: Response
Filing Description: Aetna's Response to Appellees' Motions for Temporary Relief
Status as of 8/27/2025 4:18 PM CST

Case Contacts

| Nancy Villarreal | | nancy.villarreal@oag.texas.gov | 8/27/2025 4:03:28 PM | SENT |
| --- | --- | --- | --- | --- |
| Kayla Ahmed | | kayla.ahmed@nortonrosefulbright.com | 8/27/2025 4:03:28 PM | SENT |
| Kristin Hernandez | | kristin.hernandez@foley.com | 8/27/2025 4:03:28 PM | SENT |
| Thomas Coulter | 4885500 | tom.coulter@nortonrosefulbright.com | 8/27/2025 4:03:28 PM | SENT |
| Victoria Gomez | | victoria.gomez@oag.texas.gov | 8/27/2025 4:03:28 PM | SENT |
| Cheryl LaFond | 24104015 | clafond@scottdoug.com | 8/27/2025 4:03:28 PM | SENT |
| Jessie Johnson | | jessie.johnson@nortonrosefulbright.com | 8/27/2025 4:03:28 PM | SENT |
| Benjamin Grossman | | bjgrossman@foley.com | 8/27/2025 4:03:28 PM | SENT |
| Cory Scanlon | | cory.scanlon@oag.texas.gov | 8/27/2025 4:03:28 PM | SENT |
| David Johns | | david@cobbjohns.com | 8/27/2025 4:03:28 PM | SENT |
| Jennifer Cook | | Jennifer.Cook@oag.texas.gov | 8/27/2025 4:03:28 PM | SENT |
| Juliana Bennington | | jbennington@perkinscoie.com | 8/27/2025 4:03:28 PM | SENT |
| Jonathan Hawley | | jhawley@perkinscoie.com | 8/27/2025 4:03:28 PM | ERROR |
| Trisha Marino | | tmarino@perkinscoie.com | 8/27/2025 4:03:28 PM | SENT |
| Katie Dolan-Galaviz | | kgalaviz@burgesslawpc.com | 8/27/2025 4:03:28 PM | SENT |
| Karen Walker | | karen.walker@hklaw.com | 8/27/2025 4:03:28 PM | SENT |
| Tiffany Roddenberry | | tiffany.roddenberry@hklaw.com | 8/27/2025 4:03:28 PM | SENT |
| Stacey Obenhaus | | sobenhaus@foley.com | 8/27/2025 4:03:28 PM | SENT |
| Jason R.LaFond | | jlafond@scottdoug.com | 8/27/2025 4:03:28 PM | SENT |
| Matthew Gordon | | mgordon@perkinscoie.com | 8/27/2025 4:03:28 PM | SENT |
| Jeffrey Stephens | | jeff.stephens@oag.texas.gov | 8/27/2025 4:03:28 PM | SENT |
| Stacey Jett | | sjett@adjltaw.com | 8/27/2025 4:03:28 PM | SENT |
| Perkins Docketing Team | | DocketSEA@perkinscoie.com | 8/27/2025 4:03:28 PM | SENT |